Sun Dec 11/13/11

*Defendants continues on the opposite site*

OVER Please (P.1)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MISS MARY M. KOEGEL Fertel-Rust

_____

(Full name of plaintiff(s))

VERSUS

① The City of Milwaukee Police Dept
② The City of Milwaukee, WIS.
③ The City of Milwaukee Central Library and Head Librarian - MS. PaWla Kiety

(Full name of defendant(s))

Case Number: 11 C 0784

(Supplied by clerk)

Please the following motions:
① Jury demand - 12 Person Jury Demand on this CIVIL RIGHTS CASE.
② Motion for a Free ethical experienced federal lawyer
③ Motion for minimal charge or no charge on any xeroxing, transcripts etc. now or on appeal. I believe I will be considered a pauper.
④ Right or Motion to maintain and hold fast to all rights known to me or unknown to me as a NON LAWYER NOW and on appeal.

## COMPLAINT

### A. JURISDICTION

1. Miss Mary M. Koegel Fertel-Rust
(Plaintiff), resides at The GRAND HAVEN Apts// Apt 219 520 N 20th
(Address), at City of Milwaukee, WIS.
(City, State) 53233

*Defendants addresses*

2. Defendant The City of Milwaukee Police Dept 1st District is
(Name of First Defendant) is employed as
on 7th-9th and State Streets. The City attorney staff is there in Room 205 and at City Hall at Kingston - 2nd + Wells Streets.
(Position and Title, if any) (Address)
The MAIN or Central Public Library is at 814 W. WIS. ave. 53233

*all very close together in downtown area*

3. Defendant _____ is employed as
(Name of Second Defendant)
The MAYOR - MR. TOM BARRETT and the City of Milwaukee Common Council are located in Milwaukee's City Hall 200 E. Wells Street.
(Position and Title, if any) (Address)
The Security Firm formerly known as WACKEN HUT of ~~____~~ The State of VIRGINIA (The City of Milwaukee Police Chief's wife lives in VIRGINIA - Mr. FLYNN but I am not sure his marriage is still intact) Now known as G4S. - is located on a lower floor of I believe a building owned formerly by the Jewish male MR. Zilber, now deceased at 611 W. Wisconsin avenue.

(WDWI rev. 4/07)

(Non-Prisoner Complaint)

P.1

(P.1.) continued CIVIL Rights Lawsuit
Pauper Pro Se

Defendants continued please from (P.1)

Miss Mary M. Kaepel Fortel-Rust

versus

A. — ① City of Milwaukee POLICE DEPARTMENT
② White Male policeman — MR. JOSE ALBA badge # 06448 lead officer on this Municipal ordinance violation ticket
③ his partner HUGE white male policeman, entro crowding people he questions, MR. Fitchett who said that was his name and his badge # is 2962.

B. — City of Milwaukee, Wis. itself as a governmental entity

C. — City of Milwaukee Central Library administration under Head Librarian MS. PAULA KIELY

D. — UNKNOWN Notified HUGE white female librarian-in-charge on the afternoon of November 4th, 2011 in unful clothes, possibly a white male in drag

E. — → G4S security service itself

domineering arrogant white male MR. Michael Weber in press clothes

F. — G4S security guard MR. Witherspoon Witherspoon an African/American very light skinned male. in uniform

G. — → His supervisor who I cannot determine whose employment he is under G4S with its main office in the 611 W. Wis office Building (where the 1st District State of Wis Court of Appeals is located or the City of Milwaukee Central Library.

H. — G4S A/A immense female security guard at the Central Library IN UNIFORM

I. — City of Milwaukee Attorney Staff in Room 205 Police Administration Building / Municipal Court Building.

CIVIL RIGHTS LAWSUIT

This complaint runs P.2,3, 4,5,6,7,8,9,+ 10.

## B. CAUSE OF ACTION

P.2

Sunday 11/13/2011 Shorewood, WIS Public Library Children's Room

On the space provided on the following pages, tell what specific incidents or conversations occurred which led you to believe your constitutional or federal rights have been or are presently being violated. IT IS IMPORTANT THAT THE ALLEGATIONS BE BRIEF, BUT SPECIFIC. Do not cite legal authorities, such as earlier court decisions or laws enacted by the legislature or Congress, to support your lawsuit at this early stage of your case.

One must understand the WIS. Library Association was meeting in Milwaukee 11/1, 2, 3 and 4.

It is now 3PM Sunday 11/13/2011 and the Shorewood, WIS Public Library closes at 3:30PM. I will do my best to start this complaint or lawsuit.

① I am a master degree librarian plus being a master degree social worker. Both degrees from UWM — 12 6/68 + 8/74. My first civil rights lawsuit — brought into federal court on the advice of the State of WIS. EEOC Commission our Milwaukee State Office Building — was against the City of Milwaukee Public Library for discrimination in NON HIRING. Chief Judge Mr. Terrence Evans was still alive then (Kaddish, he died this year unexpectedly at age 71 (I will be 71 in late November) and in Milwaukee and his secretary and white male law clerk were kind to me. I was a PAUPER PRO SE litigant — no one to help me then in the federal courts or thereafter to this very day. I recall that, because what happened on Friday afternoon 11/4/2011 is so ludicrous in a way — so impossible to justify. I have been buying used books at the Central Library since I moved in my new apt — probably in Oct. 2011 when I had some extra income. Recently I owed them 10.00 but had whittled that down to 1.00 for a play Lamp at Midnight. (They will hold 10 books for 1 week.) So Friday afternoon I went to keep my word and pick up that one book. Before I did that however I went to the MR. Frank Zeidler Memorial Humanities Room on the 2nd floor of Central Library and gave them $2.00 for recent small xeroxings I could not pay for at the moment they had done them.

P.2

(p.3)

Sunday

might have written another commendation on the help of the reference librarian staff there. — For material I had used to supplement my last, MASSIVE supplement on 11-CV-680 WMC — fully books and articles.

After leaving $2.00 with Humanities staff I went outside the main doors of the Central Library into the outer lobby and to their used bookstore/coffee shop. I did pick up the one book on hold for me for 1.00. But I thought I'd browse a little (I like books. I was trained as a public library librarian — children's work.) I did browse and got about $14.00 more worth of books. A good number of children and teenage books etc. That made me happy. I have been giving books away to St. James church and St. John's church where I get free food, the Holy Trinity Russian church (books in Russian), and Mrs. Rhoda Cohen Markey in a wheelchair, age 86, at the Jewish Care Home whose blessing recently after a Shabbat service I do believe saved my life the next day as I couldn't stop the bleeding of my left leg. — — —

I am RARELY happy. In a fit of (I guess) ill-advised emotion I leaned over Mr. Witherspoon, A/A slight male G4S security guard sitting at a table in the used bookstore drinking coffee or soda & talking to someone, and lightly ever so lightly kissed him on the top of his little hair head. I said nothing. I paid for my books — got them in a big bag and left.

The library is closing so I'll stop here for now.

Please go now to page 4. I am back at the same library only it is now M 11/14/2011 about 2:45 PM. I would dearly like to finish this today. One of my very closest friend's mother died last night and it weighs on me. — Frankly what she endured and what I have seen and lived through somehow seeing — elderly people endure. — — —

So I left the used bookstore/cafe with my immense bag of books and walked into the MAIN lobby of the library — the lobby before one enters the library itself. As I pondered how I would get all those books home on the bus Mr. Witherspoon came up to me with a large A/A female security guard with him and he told me I had to leave the library right then and there for inappropriate touching of staff. Well I was leaving. But it rancored me that this man who I had just honestly and sincerely KISSED (with no ulterior motive — I could be his grandmother) would be, now please forgive me, so low, so rotten as to come out and bully me along with a female, a woman security guard —

This very same Mr. Witherspoon who I probably kissed because he was one of the rare people who EVER said to me — Mary — are the City of Milwaukee Police still after you? That was this summer or fall. My God, the poor man — a fit of compassion he could not choke down. God bless him for that. I bless him then out loud. I do so now. Yes I am being generous emotionally and spiritually. He has hurt me badly other times BUT that MOMENT of TRUTH SAYING from him gave him IN my MIND & heart & soul some NOBILITY. Well in a moment of anger I simply said NO to him — No I will NOT be treated like this after 17.00 to this library, after kissing your head — I simply cannot take this behavior from you and this library. He INSISTED. The lady guard smiled broadly. That upset me too. I don't like uncompassionate women at all. So I again I asked him — what on earth is going on — ? WHY are you doing this to me? He INSISTED again. That was just too much. I walked into the library and yelled at circulation staff —

Please get the Librarian In Charge. Well they tried I guess. All the time Mr. Witherspoon by me — close by me and now the white male BULLY head of library security may have come — Mr. Michael Weber,

(WDWI rev. 4/07) (Non-Prisoner Complaint)

PS
I kept asking Library Librarian Staff Please for
Leaven's sake to get the librarian in charge as I also roared
how I was being treated. I verbalized that. Finally
an immense white woman really dressed (it may have been a
large man in drag I don't know) came and told me in
no uncertain terms to calm down, not shout or yell, be
quieter etc. She treated me — an older white well educated
woman and a frequent user of many libraries and one of
the few people I know who goes to City of Milwaukee Library
Board meetings — as an unruly child. She urged me to
walk outside into the lobby.

Her attitude (another Woman)! on top
Mr.
of Witherspoon & the A/A women guard — just was
too much. I simply said I will not leave —
where is Paula Kiely?, where is MRS CHRIS
ortenberg (another high ranking librarian)? —
Now a large A/A woman library aide had come to the
circulation check out and she said she called those lines and
there was no answer and she left a message. I thanked
her & urged her to try to continue to get them saying I
could not deal with the librarian in charge I had talked to
so far. Now Mr. Weber said I absolutely needed to
leave. He might have said I'd be banned from the
library for 30 days or more. I don't recall. Frankly I
intensely dislike this white man. Intensely! I said
No way. He said he'd call the City Police. I said go
ahead. I have SO MANY FEDERAL LAWSUITS
against them already and have just
MASSIVELY SUPPLEMENTED my most recent
Federal case vs them — one more federal lawsuit
vs them and YOU won't hurt. Well I waited
and waited. No one came. So I decided to leave.
No librarian in charge came. No police. As I
stepped 2 steps out the front door — be close to
the front door — low & behold here come 2 City of
Milwaukee white male bullies — 2 more white
male bullies. I KNOW — I really DO KNOW —

Complaint
Monday
11/14/2011

(P.6)

This is not the best English or most polite or most "lawyerly" choice of words)

But I do remind Judge W.M. Conley how MANY MANY times I have talked about these police people and

NOTHING HAS BEEN DONE TO THEM —

Only to me — it keeps on + on + on.

Frankly to say I am — what can I write — despondent?, don't care any more how I describe them — angry, outraged, besides myself etc etc —

is true but it goes so much much deeper. And I HAVE written you about that rather endlessly. It is Beyond the evil police — it is OUR Culture that does Not honor truth or decency or compassion or caring or being responsible, educated, well-intentioned, concerned for oneself + others —

So MR. Jose Alba police officer took my driver's license and sat in a marked

Monday 11/14/2011

(P.7) City of Milwaukee squad car in front of the Library's main entrance on Wis. Avenue. I told him and his white male partner there were NO warrants outstanding for me. Mr. Witherspoon + Mr. Weber stood outside too and watched all that was happening. It seemed 15-20 minutes that Mr. Alba was in the squad. Meantime his partner came very close to me —very— within an arm or arm + a half length of me and asked me questions. I told him to move away and not crowd me please. He would not move. He finally got out a little round can or container and insisted on taking my first 2 right hand fingerprints. I protested. He said I had to allow it. Finally I was given a disorderly conduct ticket for $85.00 and allowed to leave. Mr. Weber gave me a slip of paper saying I could not come back to the Central Library or any City of Milwaukee library until the municipal citation was taken care of. Please see Exhibits ___ + ___.

I left. On Saturday 11/12/2011 I went to the Shorewood Post Office and sent off a certified letter with a green card to be returned to me to the Clerk at Municipal Court pleading Not Guilty. That went out at 12:45 pm.

Complaint

(p.8)   Monday 11/14/2011

I made copies of the letter for myself, for federal judge Mr. William M. Conley in MADISON, WISCONSIN, and for information only a copy for Mrs. Shirley Abrahamson, Chief Judge of the WIS. Supreme Court in MADISON. Those copies to Mrs. Abrahamson and federal judge Mr. Conley have been sent out.

However as the week went on — after that Saturday — I looked in my P.O. Box and no green card was there from the Municipal Court - Clerk's office - City of Milwaukee. So I went to the Municipal Court and talked to one of the 3 front line staff on duty. She said she would check to see if my letter and Not Guilty Plea had come. She came back and said it had and that the green card would be coming back to me. To date, it has not come. I asked if I could get a trial to the judge readily. She said no. My court date was for 12/27/2011. At that time the Municipal Court would write me and give me another date. At that later date I would meet with the City attorney staff. I asked if I couldn't do that now as I was being banned for a good half of November 2011 and December 2011 from all City of Milwaukee libraries which means in the cold and snow I have to travel miles to go to a library. I asked to speak to a supervisor. Another A/A female came MS. _____ the supervisor. She was kind and listened and suggested I talk to City of Milwaukee attorney staff in Room 205

Monday 11/14/2011

P.9
upstairs one floor in the Police Administration Building. I went there and a white younger woman, nice, but with her breasts exposed when she leaned over at all sitting at her desk - the receptionist assured me NOTHING could be done. 2 white male City attorneys also shouted out the same and said if I didn't leave and didn't stop protesting the injustice of it all the police would be called and I'd get another ticket. I did leave but only after referencing the recent 3 part MJS series on the City of Milwaukee Police and their deficiencies.
I made it very clear this would be a federal lawsuit. I asked where the City attorney Mr. Grant Langley or Mrs. Susan Lappin were. One of the 2 white male City attorneys said they were located in the Municipal Building not City Hall as their offices at City Hall had been ruined during construction there. I left the 2nd floor and the building. I saw a number of City Police people there - men and women. I have not gone to the offices of Mr. Grant Langley or Mrs Susan Lappin. I am proceeding with this federal lawsuit.
I have a few things yet to add about that Friday afternoon and the security guard form for the Central Library. I will add that later. It is now

(P.10) Monday 11/14/2011 Complaint

in the children's Room, at The Shorewood Public Library, at 3:50pm rather chaotic, out of control, loud, and racuous. It will be dark by 5pm or a little later so I will leave now. This should be ready to go in by W 11/16/2011 at the latest.

I'll close for now.

Sincerely,
Mary M. Koepel Fertel-Rust

PS - I will swear to this now in case anything should happen to me.

I swear that this is the truth to my best memory and best ability to tell it. So help me God, Eleau, Adonai, Elijah, and Ruth. I do so swear. I leave now. Children's Room, Shorewood W/s Public Library 3:55 PM M 11/14/2011

C. REQUEST FOR RELIEF

1. I _Mary K. Fertel-Rust_ (miss) _do_ request that I be allowed to commence this action without
   (do, do not)
   prepayment of fees and costs, or security therefor, pursuant to 28 U.S.C. §1915. The attached affidavit of indigency has been completed and is submitted in support of this request for leave to proceed in forma pauperis.

2. In the following space, please indicate exactly what it is you wish this court to do.

   give me only justice fairness

Dated this _13th_ day of _November_, 20 _11_.

_Miss Mary Margaret Rose Koegel Fertel-Rust_
(Signature)

(permanent mailing address please) →

_P.O. Box 1123_
(Street or PO Box)

_Milwaukee, Wisconsin 53201-1123_
(City, State Zip Code)

_____
(Area Code and Phone Number)

Please note there are many exhibits with this complaint

This case is NOT completed but almost is done. I need to check dates and add several paragraphs.

(WDWI rev. 4/07)                                    (Non-Prisoner Complaint)